**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**KHAHSONE PEARSON,**

                              **Plaintiff,**

              **- against -**                              **ORDER**
                                                           **04-CV-2280 (NG) (LB)**
**CITY OF NEW YORK; VINCENT PISANO;**
**TRINA ANDERSON,**

                              **Defendants.**
-----------------------------------------------------------------X

**GERSHON, United States District Judge:**

       Plaintiff requested an extension of time to file objections to the Report and Recommendation

of Magistrate Judge Lois Bloom dated August 25, 2006.  By order dated September 25, 2006, this

court granted plaintiff 30 days to file any objections.   No objections having been filed, the

unopposed Report and Recommendation of Judge Bloom is hereby adopted in its entirety.

Plaintiff's action is dismissed.  The Clerk of Court is directed to enter judgment in favor of

defendants and close this case.


                              **SO ORDERED.**


                              _____/s/ Nina Gershon_____
                              **NINA GERSHON**
                              **United States District Judge**


Dated: December 5, 2006
       Brooklyn, New York